IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Evol, Daniel F

Printed: 01/29/09

Case Number: 08 B 09686
Judge: Hollis, Pamela S
Filed: 4/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: June 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,890.00 |  |
| Secured: |  | 2,290.03 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 412.11 |
| Trustee Fee: |  | 187.86 |
| Other Funds: |  | 0.00 |
| Totals: | 2,890.00 | 2,890.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chang & Carlin LLP | Administrative | 3,000.00 | 412.11 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 20,260.47 | 2,290.03 |
| 4. | Carrington Mortgage Services, LLC | Secured | 11,884.51 | 0.00 |
| 5. | Commonwealth Edison | Unsecured | 234.04 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 0.00 | 0.00 |
| 7. | Nicor Gas | Unsecured | 793.79 | 0.00 |
| 8. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 9. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 10. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
| 11. | Sarlas And Savas DDS | Unsecured |  | No Claim Filed |
| 12. | Merchants Credit Guide | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,172.81 | $ 2,702.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 187.86 |
|  | $ 187.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Evol, Daniel F

Printed: 01/29/09

Case Number:  08 B 09686
Judge:  Hollis, Pamela S
Filed:  4/19/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

